UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 3 0 2008
Clerk, U.S. District and Bankruptcy Courts

DONNA A. RIDLEY RAMRATTAN, )
)
Plaintiff, )
)
v. ) Civil Action No. 08 1147
)
PETER A. CHAPIN, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint for lack of jurisdiction.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint refers to plaintiff's dissatisfaction with her lawyer in a class action suit, which is not a claim that arises under the Constitution or the laws or treaties of the United States. A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 U.S.C. § 1332(a). But here it appears that both parties are citizens of the District of Columbia, and the plaintiff does not identify an amount in controversy, unless it is the $30,000 settlement amount she seeks.

Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: June 25, 2008

United States District Judge